No. D–1077. IN RE DISBARMENT OF SWICKLE. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1080. IN RE DISBARMENT OF BRYAN. Disbarment entered. [For earlier order herein, see 502 U. S. 1055.]

No. D–1099. IN RE DISBARMENT OF HART. It is ordered that Henry Clay Hart, Jr., of Morgantown, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1100. IN RE DISBARMENT OF CUNNINGHAM. It is ordered that Michael Eaton Cunningham, of Brick, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1101. IN RE DISBARMENT OF WATSON. It is ordered that Mark Temple Watson, of Elizabethtown, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1102. IN RE DISBARMENT OF CONNER. It is ordered that Kurt R. Conner, of North Wilkesboro, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1103. IN RE DISBARMENT OF WINN. It is ordered that Newton Alfred Winn, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1104. IN RE DISBARMENT OF BLANK. It is ordered that Gary L. Blank, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1105. IN RE DISBARMENT OF MEKAS. It is ordered that Peter G. Mekas, of Reed City, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable